# JONATHAN A. TAND & ASSOCIATES, P.C.

990 Stewart Avenue Suite 225
Garden City New York 11530
Tel: 516-393-9151
Fax: 516-467-1361
www.tandandassociates.com

Jonathan A. Tand, Esq.
Jennifer Spirn, Esq.
Thomas Morelli, Esq.

Hope Senzer Gabor, Esq.

April 7, 2017

**Via ECF**
Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Double D-Import SAS, et al. v ACS Gear USA Ltd., et al.
Index No.: 17-cv-01414

Dear Honorable Madam,

We, counsel for Defendants in the above-referenced matter, write the Court in regards to the deadline currently set to move or answer Plaintiffs' Complaint.

As the Court is aware, the deadline to move or answer the Complaint is April 12, 2017. Unfortunately, our clients were required to leave the country for unexpected business. Due to this unexpected departure, we are requesting the Court grant Defendants a 30 day extension to move or answer the Complaint.

This office contacted Plaintiffs' Attorney to request the thirty-day extension however they only consented to fourteens days, which is not sufficient time to answer given that our clients are presently out of the county.

Accordingly, we are respectfully requesting that the deadline to move or answer the Complaint be extended to May 12, 2017.

We thank the Court for its kind consideration of this request.

Respectfully submitted,

JONATHAN A. TAND & ASSOCIATES, P.C.

JONATHAN A. TAND, ESQ.